**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| DAMON TRAVIS SEARCY, | NO. EDCV 19-01364-MWF (AS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| RICK HILL, Warden | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: March 16, 2020

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE